McGREGOR W. SCOTT
United States Attorney
MATTHEW STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2806

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 06-0310 DAD |
| | ) | |
| Plaintiff, | ) | PROBATION REVOCATION PETITION, |
| | ) | NOTICE OF HEARING and |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER O'BRIEN, | ) | DATE:  August 28, 2007 |
| | ) | TIME:  10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Dale A. Drozd |
| _____ | ) | |

On January 23, 2007, the above-named defendant was given the following sentence, among other things, by United States Magistrate Judge Dale A. Drozd:

    1.   The defendant shall serve a one-year term of court probation, subject to the following terms:

        a.   A ten-day term of imprisonment with the Bureau of Prisons;

        b.   A three-hundred dollar ($300.00) fine, payments to begin immediately;

        c.   A ten dollar ($10.00) special assessment, payments to begin immediately;

///

1

1     d. Full payment of fine and special assessment

2       due within nine months of judgment and

3       sentencing (October 23, 2007).

4    2. Court probation is to terminate once sentence is

5      served and fine and special assessment are paid in

6      full.

7  The United States alleges that the defendant has violated

8 these conditions as follows:

9    1. The defendant has not made any payments towards

10     the fine or the special assessment.

11  The United States therefore petitions the Court to place

12 this matter on its calendar for 10:00 a.m. on August 28, 2007, to

13 allow the defendant to show cause why the probation granted on

14 January 23, 2007, should not be revoked.

15 DATED: August 10 , 2007   Respectfully submitted,

16       McGREGOR W. SCOTT
        United States Attorney

17

18      By:/s/ Matthew C. Stegman
        MATTHEW C. STEGMAN

19        Assistant U.S. Attorney

20       ORDER

21  It is Hereby Ordered that the defendant appear on August 28,

22 2007, at 10:00 a.m., to show cause why the probation granted on

23 January 23, 2007, should not be revoked.

24  IT IS SO ORDERED.

25 DATED: August 13, 2007.

26

27       DALE A. DROZD

28 orders.criminal/o'brien0310.ord  UNITED STATES MAGISTRATE JUDGE