MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BENJAMIN C. SANDEL
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, CA. 95814
Telephone: (916) 554-2806

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 06-0310 DAD |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION TO DISMISS |
| | ) | PROBATION REVOCATION AND |
| v. | ) | ORDER |
| | ) | |
| CHRISTOPHER O'BRIEN, | ) | |
| | ) | DATE: August 28, 2007 |
| Defendant. | ) | TIME: 10:00 a.m. |
| _____ | ) | JUDGE: Hon. Dale A. Drozd |

The government filed a probation revocation petition on August 10, 2007. The defendant has paid his fine and special assessment in full, therefore the government moves to dismiss the petition.

DATED: August 22, 2007                 McGREGOR W. SCOTT
                                       United States Attorney


                                       By: /s/ Matthew C. Stegman
                                           MATTHEW C. STEGMAN
                                           Assistant U.S. Attorney

                                ORDER

IT IS SO ORDERED:

DATED: August 22, 2007.


                                       _____
                                       DALE A. DROZD
                                       UNITED STATES MAGISTRATE JUDGE

orders.criminal/o'brien0310.ord.dism